# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRAM BROWDER PUBLIC ADJUSTERS, § § § § Plaintiff(s), § v. § § PALM SUITES OF ATLANTIC BEACH § OWNERS ASSOCIATION, INC., § § Defendant(s). § | Civil Action No. 4:23-CV-143-D-RJ |

## RETURN OF SERVICE

Came to my hand on **Friday, September 1, 2023 at 6:05 PM,**
Executed at: **1406 ARENDELL STREET, MOOREHEAD CITY, NC 28557**
at **1:16 PM,** on **Tuesday, September 5, 2023,**
by delivering to the within named:

**PALM SUITES OF ATLANTIC BEACH OWNERS ASSOCIATION, INC.**

by personally delivering to its **Registered Agent, G. LEE CARROLL, JR.**
a true copy of this

**SUMMONS IN A CIVIL ACTION and COMPLAINT, EXHIBIT 1, CIVIL COVER SHEET, NOTICE OF ELECTRONIC FILING, DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP, and CONTRACTS**

**BEFORE ME,** the undersigned authority, on this day personally appeared ASHLEY EATMON who after being duly sworn on oath states: "My name is ASHLEY EATMON. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of North Carolina. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**ASHLEY EATMON – Process Server**

Subscribed and Sworn to by ASHLEY EATMON, Before Me, the undersigned authority, on this
___7th___ day of September, 2023.

_____
Notary Public in and for the State of North Carolina

**Tina D Harris**
Notary Public
Pitt County, North Carolina
My commission expires October 20, 2023