UNITED STATES DISTRICT COURT
For the
Eastern District of North Carolina

Case No. 4:23-CV-143-D-RJ

BRAM BROWDER PUBLIC ADJUSTERS,

    Plaintiff,

v.

PALM SUITES OF ATLANTIC BEACH OWNERS ASSOC. INC.,

    Defendant.

**ORDER GRANTING MOTION TO DISMISS**

Defendant moved, under Fed. R. Civ. P. 12(b)(1), to dismiss this case for lack of subject matter jurisdiction. The Court finds that the complaint does not allege a specific amount of damages and Defendant has shown, to a legal certainty, that Plaintiff's damages are less than $75,000. Despite the Parties being of diverse citizenship, this Court lacks subject matter jurisdiction because the complaint does not meet the jurisdictional amount.

IT IS THEREFORE ORDERED that this case is dismissed without prejudice, under Rule 12(b)(1) for lack of subject matter jurisdiction.

This \_\_\_ day of October 2023

                                                _____

                                                               Presiding Judge