UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRAM BROWDER PUBLIC ADJUSTERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PALM SUITES OF ATLANTIC BEACH )<br>OWNERS ASSOC. INC., )<br>)<br>Defendant. )<br>) | Case No.: **4:23-CV-143-D-RJ**<br><br>**ORDER OF DISMISSAL** |

ON THIS DAY, the Court considered the Joint Stipulation for Dismissal filed by the parties. The Court being now fully advised in the matter, and good cause appearing therefor, the request should be, and hereby is, GRANTED.

It is therefore, ORDERED, ADJUDGED AND DECREED that:

1. The above action is hereby dismissed with prejudice,

2. Each party will bear its own costs and expenses, including any and all attorneys' fees, and

3. The Court retains jurisdiction to enforce the terms of the parties' settlement.

SO ORDERED. This the **18** day of June, 2024.

_____
JAMES C. DEVER III
United States District Judge